UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PATRICK O'CONNOR,

Defendant.

23-CR-370-2 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court intends to reschedule Patrick O'Connor's sentencing, currently scheduled for **May 29, 2024**, to a date after the conclusion of Bryan Marty Waugh's scheduled trial, which is expected to conclude on **July 12, 2024**. The parties are directed to meet and confer and to file a letter with potential dates for the sentencing by **May 13, 2024**.

Dated: May 6, 2024
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge