

350 FIFTH AVENUE | 63ʳᵈ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL        646.627.1211
DIRECT EMAIL     scrowley@heckerfink.com

**MEMO ENDORSED**

July 16, 2024

**BY ECF**

The Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Joseph Lewis et al.*, 23 Cr. 370 (JGLC)

Dear Judge Clarke:

I write on behalf of Patrick O'Connor to respectfully request an order directing the United States Pretrial Services Office in this District ("Pretrial") to release his passports. The government consents to this request. Pretrial has informed our office that they may only release Mr. O'Connor's passports pursuant to a court order. Mr. O'Connor received a sentence of three years' probation in the above-referenced matter on June 25, 2024, the first four months of which must be spent in home incarceration. *See* ECF 100. We respectfully request that the Court order Pretrial to release his passports to any representative of my law firm or Mr. O'Connor's wife, Jean O'Connor.

Application GRANTED. Pretrial Services Office is directed to return Mr. O'Connor's passports back to his counsel or his wife. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 106.

Respectfully submitted,

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Shawn G. Crowley

Dated: July 17, 2024
        New York, New York

cc:    All counsel of record (by ECF)