UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23-CR-370-2 (JGLC) |
| -against- | **ORDER** |
| PATRICK O'CONNOR, | |
| Defendant. | |

JESSICA G. L. CLARKE, United States District Judge:

The Court has received Patrick O'Connor's motion for early termination of probation, along with the Government's response. *See* ECF Nos. 141, 142. For the reasons set forth in the Government's opposition (ECF No. 142), Mr. O'Connor's motion for early termination of probation is denied without prejudice. Mr. O'Connor is permitted to re-submit his request with more detailed information as to how he has been denied employment because of his probationary status.

Dated: February 9, 2026
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge